| | |
|---|---|
| 1 | **SAO** |
| | **RESNICK & LOUIS, P.C.** |
| 2 | Lora A. Schneider, Esq. |
| 3 | Nevada Bar No. 10448 |
| | lschneider@rlattorneys.com |
| 4 | 5940 S. Rainbow Blvd. |
| | Las Vegas, NV 89118 |
| 5 | Telephone: (702) 997-3800 |
| | Facsimile: (702) 997-3800 |
| 6 | *Attorneys for Defendant,* |
| 7 | HITES ENTERPRISES, INC. |
| | d/b/a HITE'S FUNERAL HOME |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA HAUSER, an individual; MICHAEL HAUSER, an individual; and KAREN HAUSER-WELLS, an individual, | Case No.: 2:18-cv-01043-JAD-PAL |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANT HITES ENTERPRISES, INC. D/B/A HITE'S FUNERAL HOME TO FILE A RESPONSIVE PLEADING TO PLAINTFF'S COMPLAINT** |
| v. | |
| HITES ENTERPRISES, INC. dba HITE'S FUNERAL HOME, a Nevada corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

IT IS STIPULATED by and between Plaintiffs BRENDA HAUSER, MICHAEL HAUSER and KAREN HAUSER-WELLS, by and through their counsel of record Jason R. Maier, Esq. and Stephen G. Clough, Esq. of the law firm of MAIER GUTIERREZ & ASSOCIATES, and Defendant HITES ENTERPRISES, INC. d/b/a HITE'S FUNERAL HOME, by and through their attorneys of record Lora A. Schneider, Esq. of the law firm of

/ / /

/ / /

/ / /

/ / /

1

RESNICK & LOUIS, P.C., that Defendant will have up to and including Monday, June 25, 2018 to file a responsive pleading to Plaintiffs' Complaint.

DATED this 22nd day of June 2018.        DATED this 22nd day of June 2018.

**RESNICK & LOUIS, P.C.**                **MAIER GUTIERREZ & ASSOCIATES**

*/s/ Lora A. Schneider*                  */s/ Jason R. Maier*

_____           _____
Lora A. Schneider, Esq.                  Jason R. Maier, Esq.
Nevada State Bar No.: 10448              Nevada State Bar No: 8557
5940 S. Rainbow Blvd.                    Stephen G. Clough, Esq.
Las Vegas, NV 89118                      Nevada State Bar No.: 10549
Telephone: (702) 997-3794                8816 Spanish Ridge Ave.
lschneider@rlattorneys.com               Las Vegas, Nevada 89148
*Attorneys for Defendant*                Telephone: (702) 629-7900
*HITES ENTERPRISES, INC.*                jrm@mgalaw.com
*d/b/a HITE'S FUNERAL HOME*              sgc@mgalaw.com
                                         *Attorneys for Plaintiffs*
                                         *BRENDA HAUSER, MICHAEL HAUSER,*
                                         *and KAREN HAUSER-WELLS*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

**IT IS ORDERED** that Defendant HITES ENTERPRISES, INC. d/b/a HITE'S FUNERAL HOME will have up to and including Monday, June 25, 2018 to file a responsive pleading to Plaintiffs' Complaint.

DATED this 25th day of June 2018.

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:18-cv-01043-JAD-PAL

Respectfully submitted by:

*/s/ Lora A. Schneider*

_____
**RESNICK & LOUIS, P.C.**
Lora A. Schneider, Esq.
Nevada Bar No. 10448
lschneider@rlattorneys.com
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
HITES ENTERPRISES, INC.
d/b/a HITE'S FUNERAL HOME