JASON R. MAIER, ESQ.
Nevada Bar No. 8557
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
DANIELLE A. TARMU, ESQ.
Nevada Bar No. 11727
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jrm@mgalaw.com
sgc@mgalaw.com
dat@mgalaw.com

*Attorneys for Plaintiffs Brenda Hauser,
Michael Hauser, and Karen Hauser-Wells*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA HAUSER, an individual; MICHAEL HAUSER, an individual; and KAREN HAUSER-WELLS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HITES ENTERPRISES, INC. dba HITE'S FUNERAL HOME, a Nevada corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-CV-01043-JAD-PAL<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 20] AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 21]**<br><br>**(FIRST REQUEST)**<br><br>**[ECF No. 22]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiffs BRENDA HAUSER, MICHAEL HAUSER, and KAREN HAUSER-WELLS (collectively, "Plaintiffs"), by and through their attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES, and Defendant HITES ENTERPRISES, INC. dba HITE'S FUNERAL HOME ("Defendant"), by and through its attorneys of record, the law firm of RESNICK & LOUIS, P.C., that the deadline for Plaintiffs to file an opposition to Defendant's Motion for Summary Judgment [ECF No. 20] filed on April 4, 2019, currently due on April 25, 2019, shall be continued for one week, through and including **May**

**2, 2019**. The deadline for Defendant to file an opposition to Plaintiffs Motion for Summary Judgment [ECF No. 21] filed on April 4, 2019, currently due on April 25, 2019, shall be continued through and including **May 2, 2019**.

The requested extension is necessary to allow the parties sufficient time to review and appropriately respond to the opposing motions. The attorney handling this Opposition for Plaintiffs, Ms. Tarmu, is pregnant and had unexpected health issues this week that required doctor appointments and limited her ability and hours to work this week. The restrictions and limited hours prevent her from finishing the Opposition, and opposing counsel graciously extended the professional courtesy of allowing Plaintiffs one more week to finish the Opposition. Discovery is closed and this is the parties' first request for an extension related to this briefing. The extension is not intended to cause delay or prejudice to any party; it is due only to an unexpected emergency that occurred this week.

DATED this 24th day of April, 2019.   DATED this 24th day of April, 2019.

**MAIER GUTIERREZ & ASSOCIATES**   **RESNICK & LOUIS, P.C.**

*/s/ Jason R. Maier*   */s/ Randall Tindall*
_____   _____

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
DANIELLE A. TARMU, ESQ.
Nevada Bar No. 11727
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*
*Brenda Hauser, Michael Hauser, and Karen Hauser-Wells*

RANDALL TINDALL, ESQ.
Nevada Bar No. 6522
CARISSA CHRISTENSEN, ESQ.
Nevada Bar No. 14692
8925 West Russell Road, Suite 220
Las Vegas, Nevada 89148
*Attorneys for Defendant*
*Hites Enterprises, Inc.*
*dba Hite's Funeral Home*

**ORDER**

IT IS SO ORDERED.

DATED this  25th  day of April, 2019.

_____
U.S. District Judge Jennifer A. Dorsey