**RESNICK & LOUIS, P.C.**
RANDALL TINDALL
Nevada Bar No. 6522
rtindall@rlattorneys.com
CARISSA CHRISTENSEN
Nevada Bar No. 14692
cchristensen@rlattorneys.com
8925 West Russell Road, Suite 220
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile:  (702) 997-3800
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA HAUSER, an individual; MICHAEL HAUSER, an individual; and KAREN HAUSER-WELLS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HITES ENTERPRISES, INC., dba HITE'S FUNERAL HOME, a Nevada corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-01043-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 33, 45, 48 |

  IT IS HEREBY STIPULATED by and between Plaintiffs BRENDA HAUSER, MICHAEL HAUSER and KAREN HAUSER-WELLS through their attorneys of record JASON A. MAIER, ESQ. and STEPHEN G. CLOUGH, ESQ. of MAIER GUTIERREZ & ASSOCIATES, and Defendants HITES ENTERPRIESES, INC. dba HITE'S FUNERAL HOME, through their attorneys RANDALL TINDALL, ESQ. and CARISSA CHRISTENSEN, ESQ. of RESNICK & LOUIS, P.C., that all claims of BRENDA HAUSER, MICHAEL

1

HAUSER and KAREN HAUSER-WELLS arising out of Case No.: 2:18-CV-01043-JAD-BNW against HITES ENTERPRIESES, INC. dba HITE'S FUNERAL HOME be dismissed with prejudice in their entirety.

THE PARTIES FURTHER STIPULATE any awards of attorneys' fees and/or costs in this case, including, but not limited to ECF No. 43 and ECF No. 44, are satisfied in full as a result of the parties' agreement to bear their own attorney fees and costs.

| Dated this 12th day of February, 2021. | Dated this 12th day of February, 2021. |
|---|---|
| **MAIER GUTIERREZ & ASSOCIATES** | **RESNICK & LOUIS, P.C.** |
| /s/ Stephen G. Clough | /s/ Randall Tindall |
| JASON R. MAIER, ESQ.<br>Nevada Bar No. 8557<br>STEPHEN G. CLOUGH, ESQ.<br>Nevada Bar No. 10549<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>Attorneys for Plaintiffs | RANDALL TINDALL<br>Nevada Bar No. 6522<br>CARISSA CHRISTENSEN<br>Nevada Bar No. 14692<br>8925 West Russell Road, Suite 220<br>Las Vegas, Nevada 89148<br>Attorneys for Defendant |

## ORDER

Based on the parties' stipulation **[ECF No. 48]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF Nos. 33, 45]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 16, 2021